IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JD MARTIN CONSTRUCTION SERVICES,
INC.                                                                                      PLAINTIFF

           V.                            Civil No. 19-5228

AAECON GENERAL CONTRACTING, LLC,
et al.                                                                                    DEFENDANTS

## O R D E R

On November 12, 2020, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 17th day of November 2020.

*/s/ Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES CHIEF MAGISTRATE JUDGE